622

391 A.2d 694

Commonwealth v. Murray, Appellant.

Argued December 9, 1977. James F. Geddes, Jr., with him Silverblatt & Townend, for appellant; Mark A. Ciavarella, Jr., City Solicitor, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 694

Commonwealth v O'Halloran, Appellant.

Submitted June 13, 1977. Francis O'Halloran, *in propria persona*, and A. T. Gillespie, Jr., for appellant; James B. Martin, Assistant District Attorney, and William H. Platt, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.